

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-11-00946-CV

Trial Court Cause
Number: 08-DCV-166064

Style: In re Kenneth Higby, M.D.

Date motion filed[*]: April 4, 2013

Type of motion: Relator's First Motion For Extension of Time to File Response to Real Party in Interest's Motion for Rehearing

Party filing motion: Relator

Document to be filed: Response to Motion for Rehearing

Is appeal accelerated? ☒ Yes ☐ No

If motion to extend time:

    Original due date: April 9, 2013

    Number of previous extensions granted: 0

    Date Requested: May 9, 2013

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: May 9, 2013

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of Justices Keyes, Sharp, and Massengale

Date: April 11, 2013